# KOPELMAN & KOPELMAN LLP
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL: kopelaw@kopelmanNJ.com

MICHAEL S. KOPELMAN
  MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
  MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

March 19, 2019

***VIA ECF***
Jeannie A. Naughton, Clerk
United States Bankruptcy Court
District of New Jersey
MLK Jr. Federal Bldg. & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Re:   SCHWAB, LISA JOY**
       **Case No. 18-20348 (SLM)**
       **Hearing Date: 3/26/19 at 10:00 a.m.**

Dear Ms. Naughton:

I represent the Debtor in this matter.

I am in receipt of Notice of Proposed Abandonment.

Please be advised that the Debtor hereby OBJECTS to the Trustee's proposed abandonment and hereby requests a hearing which I understand has been scheduled for 3/26/19 at 10:00 a.m.

Thank you.

Sincerely yours,

KOPELMAN & KOPELMAN LLP

*/s/ Michael S. Kopelman*

Michael S. Kopelman
MSK/es
cc: Jay Lubetkin, Trustee